77 A.3d 1256

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Kinoll MCCORMICK, Petitioner.**

**No. 93 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 5, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of September, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

77 A.3d 1256

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Cordell ADAMS, Petitioner.**

**No. 97 EM 2013.**

Supreme Court of Pennsylvania.

Sept. 5, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of September, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**